UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER L. KAISER,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C25-2040-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE COMMISSIONER'S DEADLINE TO RESPOND TO THE COMPLAINT |

The Commissioner has filed an unopposed motion to extend the deadline to respond to the complaint. Dkt. No. 6. The Court finds good cause to GRANT the unopposed request and ORDERS that the Commissioner shall respond to the complaint no later than January 21, 2026.

Dated this 17th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge