UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER L. KAISER,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

Case No. C25-2040-KKE

ORDER AMENDING THE
SCHEDULING ORDER

Defendant has filed a motion to amend the scheduling order. Dkt. No. 16. Opposing counsel has no opposition. *Id*. The Court GRANTS the motion and amends the scheduling order as follows:

- Defendant shall have up to and including April 22, 2026, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 6, 2026, or within 14 days of the date the response is filed (whichever is earlier), to file a reply brief.

Dated this 18th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER
- 1