UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER L. KAISER, | CASE NO. C25-2040-KKE |
| Plaintiff(s), | ORDER TO SUPPLEMENT THE RECORD |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

The Court's review of the administrative record reveals that there are thousands of pages unavailable: pages 1368–2734 and 3550–4778 are excluded from the filings on the docket. *See* Dkt. Nos. 9–11. Both parties cite missing pages in their briefs, which suggests to the Court that these pages were inadvertently omitted from the Court filings but are available to the parties. The Court thus ORDERS the Commissioner to file the missing parts of the administrative record no later than June 5, 2026.

Dated this 27th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SUPPLEMENT THE RECORD - 1